

**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AAMCO Transmissions, Inc.

v.

Gary Otto, Sunwest Holdings, LLC
and Sunwest Automotive, LLC

Civil Action No: 12-2271

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, AAMCO Transmissions, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

American Driveline Systems, Inc.

4/26/12
Date

_[Signature]_
Signature

Counsel for: AAMCO Transmissions, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
 (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
 (2) promptly file a supplemental statement upon any change in the information that the statement requires.

APR 26 2012