IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:12-cv-02271 |
| GARY OTTO, SUNWEST HOLDINGS, LLC and | : | |
| SUNWEST AUTOMOTIVE, LLC | : | |
| Defendants. | : | |

**PLAINTIFF'S REQUEST FOR DEFAULT
AGAINST DEFENDANT PURSUANT TO FEDERAL RULE 55**

COMMONWEALTH OF PENNSYLVANIA :
                                                        :
COUNTY OF MONTGOMERY            :    SS
                                                        :

I, William B. Jameson, an adult individual, being duly sworn, do hereby state as follows:

1. On May 4 2012, all Defendants were served with the Summons and Complaint in this matter. *See* ecf doc. no.s 6-8.

2. Pursuant to the Federal Rules of Civil Procedure, Defendants were required to answer or otherwise plead to the Complaint on or before May 24, 2012.

3. Defendants have not answered or otherwise pled to Plaintiff's Complaint.

4. None of the Defendants are an infant or an incompetent.

5. In accordance with Federal Rule of Civil Procedure 55(a), please enter a default on Plaintiff's claims against Defendants.

_____
WILLIAM B. JAMESON, ESQUIRE
Attorney for Plaintiff
AAMCO Transmissions, Inc.

Sworn to and subscribed before
me, this 25th day of July, 2012.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Alicia O'Connell, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Oct. 4, 2012
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC.<br>Plaintiff,<br>v.<br>GARY OTTO, SUNWEST HOLDINGS, LLC and<br>SUNWEST AUTOMOTIVE, LLC<br>Defendants. | CIVIL ACTION<br><br>No. 2:12-cv-02271 |

## CERTIFICATE OF SERVICE

William B. Jameson, hereby certifies that he did serve on this 25th day of July, 2012, the attached Plaintiff's Request for Default upon the below identified parties and their attorney who has not entered an appearance in this matter via U.S. Mail, postage prepaid:

Mr. Gary Otto
Sunwest Holdings, LLC
Sunwest Automotive, LLC
2801 Cortez Road West
Bradenton, FL 34207

Harris Chernow, Esq.
Chernow, Kapustin, LLC
721 Dresher Road, Suite 1100
Horsham, PA 19044

Respectfully submitted,

7/25/12
DATE

/s/William B. Jameson
William B. Jameson, Esquire
Attorney ID No.: 58949
AAMCO Transmissions, Inc.
201 Gibraltar Road, Suite 150
Horsham, PA 19044
(610) 668-2900