IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC.  :  | CIVIL ACTION |
|       Plaintiff,  : | |
|     v.  : | No. 2:12-cv-02271 |
| GARY OTTO, SUNWEST HOLDINGS, LLC and  : | |
| SUNWEST AUTOMOTIVE, LLC  : | |
|       Defendants.  : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE 41(a)(1)(A)**

TO THE CLERK OF COURT:

Kindly mark the above matter as dismissed as against all Defendants.  Defendants have not filed any answer or motion for summary judgment.

                                                    Respectfully submitted,

 7/27/12                                         /s/William B. Jameson
DATE                                             William B. Jameson, Esquire
                                                  Attorney ID No.: 58949
                                                  AAMCO Transmissions, Inc.
                                                  201 Gibraltar Road, Suite 150
                                                  Horsham, PA 19044
                                                  (610) 668-2900

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
|     Plaintiff, | : | |
| v. | : | No. 2:12-cv-02271 |
| GARY OTTO, SUNWEST HOLDINGS, LLC and | : | |
| SUNWEST AUTOMOTIVE, LLC | : | |
|     Defendants. | : | |

**CERTIFICATE OF SERVICE**

William B. Jameson, hereby certifies that he did serve on this  27th  day of July, 2012, the attached Plaintiff's Notice of Dismissal upon the below identified parties and their attorney who has not entered an appearance in this matter via U.S. Mail, postage prepaid:

Mr. Gary Otto
Sunwest Holdings, LLC
Sunwest Automotive, LLC
2801 Cortez Road West
Bradenton, FL 34207

Harris Chernow, Esq.
Chernow, Kapustin, LLC
721 Dresher Road, Suite 1100
Horsham, PA  19044

Respectfully submitted,

 7/27/12
DATE

  /s/William B. Jameson
William B. Jameson, Esquire
Attorney ID No.: 58949
AAMCO Transmissions, Inc.
201 Gibraltar Road, Suite 150
Horsham, PA 19044
(610) 668-2900